IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD S. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-746 (***) |
| | ) | |
| THE DELAWARE RIVER AND BAY | ) | Related Case |
| AUTHORITY, JAMES JOHNSON, | ) | C.A. No. 07-336 (***) |
| Individually, JAMES WALLS, Individually, | ) | |
| TRUDY SPENCE-PARKER, Individually, | ) | |
| and CONSUELLA PETTY-JUDKINS, | ) | |
| Individually. | ) | |
| | ) | |
| Defendants. | ) | |
| RONALD S. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-336 (***) |
| | ) | |
| THE DELAWARE RIVER AND BAY | ) | Related Case |
| AUTHORITY, | ) | C.A. No. 05-746 (***) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**JOINT STIPULATION TO CONSOLIDATE CASES**

Pursuant to Fed. R. Civ. P. 42(a), the parties stipulate to the consolidation of Ronald S. Riley v. The Delaware River and Bay Authority, *et al.*, Civil Action No. 05-270(***) and Ronald S. Riley v. The Delaware River and Bay Authority, Civil Action No. 07-336 (***), as the two cases involve a common question of law or fact.

**IT IS SO STIPULATED:**

| | |
|---|---|
| PHILLIPS GOLDMAN & SPENCE, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ James P. Hall<br>James P. Hall, Esquire (Bar I.D. 3293)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Telephone (302) 655-4200<br>Facsimile (302) 655-4210<br>jph@pgslaw.com<br>*Attorney for Plaintiff* | /s/ Adria B. Martinellli<br>William W. Bowser, Esquire (Bar I.D. 2239)<br>Adria B. Martinelli, Esquire (Bar I.D. 4056)<br>The Brandywine Building, 17th Floor<br>1000 West Street, P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6601, 6623<br>Facsimile: (302) 576-3282, 3314<br>wbowser@ycst.com<br>amartinelli@ycst.com<br>*Attorneys for Defendants* |
| Dated:  June 26, 2007 | Dated:  June 26, 2007 |

IT IS SO ORDERED this _____ day of _____, 2007.

_____
                                              J.