IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY,<br><br>    Plaintiff,<br><br>v.<br><br>THE DELAWARE RIVER AND BAY AUTHORITY, JAMES JOHNSON, Individually, JAMES WALLS, Individually, TRUDY SPENCE-PARKER, Individually, and CONSUELLA PETTY-JUDKINS, Individually,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 05-746-MPT<br>:<br>:  Related Case<br>:  C.A. No. 07-336-MPT<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

A teleconference having been held at Wilmington this **1st** day of **February, 2008** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **March 19, 2008 at 11:00 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                       _____
                       UNITED STATES MAGISTRATE JUDGE